**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr.Garcia-Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2001 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| URBANO GARCIA-CRUZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated:  July 7, 2008

*/s/ STEPHEN D. DEMIK*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Stephen_Demik@fd.org

1

## <u>CERTIFICATE OF SERVICE</u>

2      Counsel for Defendant certifies that the foregoing is true and accurate to the best

3  information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4  upon:

5          Courtesy Copy to Chambers

6          Copy to Assistant U.S. Attorney via ECF NEF

7          Copy to Defendant

8

9  Dated:  July 7, 2008                         /s/ STEPHEN D. DEMIK
                                        Federal Defenders of San Diego, Inc.
10                                       225 Broadway, Suite 900
                                        San Diego, CA  92101-5030
11                                       (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
12                                       Stephen_Demik@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28